July 15, 2015

83,580-01

Court of Criminal Appeals
PO Box 12308
Austin, Texas 78711


Re: Letter to Harris County District Clerk
    Cause No. 1131353-B


Dear Honorable Clerk of Court:

    Please find enclosed a copy of my request to Chris Daniel,
Clerk of Court for Harris County. I am sending this copy to you
for inclusion with the file you have on me (due to the recent
Writ of Mandamus I have filed with this Court). The reason I
am including this letter is because Clerk Daniel has failed to
respond to my many attempts at obtaining information. I feel
it is important that this Court know of all my attempts.

    If the Court has yet to make a decision on the Mandamus I
filed, will you please forward this letter and the copy enclosed
to the Court for assistance in making their decision.

    Thank you for your kind assistance with this matter.


Respectfully Submitted,

Thomas E. McDonnel #1562227
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, TX 77515


RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

July 15, 2015

Harris County District Court
Chris Daniel - Clerk
PO Box 4651
Houston, Texas 77210-4651

Re: Copy of Court Docket
    Trial Cause No. 1131352 & 1131353
    Writ Cause No. 1131353-A & 1131353-B

Dear Clerk Daniel

    I am writing to you because I am in need of the Court Docket
for the above Writ of Habeas Corpus Cause Numbers. I am still
trying to do everything I possibly can in figuring out why my
11.07 Application has not yet been forwarded to the Court of
Criminal Appeals, as well as why the Issues have not been resolv-
ed. My wife has come to your Court and spoken with the Court
Coordinator about obtaining a copy of the Docket and she was told
that there was no Docket Number for my writs (my original and
the supplemental). I do not understand how I can not have a Docket
history for something that has obviously been filed with the
Court. Certainly my filing the writ would be on a docket, the
State's response would be on a docket, the Court's order for the
resolving of issues would be on a docket, and all the motions I've
filed would be on a docket.

    Because I have had no response from you in regards to my pre-
vious attempts of obtaining information, I am forwarding a copy
of this letter to the Court of Criminal Appeals for my file there.

    My request to you is a simple one, please send me a copy of
the Court's Docket for the above Writ of Habeas Corpus cause num-
bers.

    I am enclosing another SASE for your use in responding to my
request. I look forward to your response and appreciate your
cooperation and assistance in this matter.

Sincerely,

Thomas E. McDonnel #1562227
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, TX 77515

cc: Court of Criminal Appeals
    Austin, Texas